**Nancy Lee SAPP, Petitioner,**

v.

**UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 02–71551.
INS No. A71–626–278.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 4, 2003.

Decided June 5, 2003.

Before B. FLETCHER, KOZINSKI and TROTT, Circuit Judges.

MEMORANDUM *

Because the Board completely failed to consider the effects of Sapp's approved relative immigrant visa petition, *see* 8 U.S.C. §§ 1182(i)(1), 1255(a), it abused its discretion in denying her motion to reopen. *See Watkins v. INS,* 63 F.3d 844, 847, 849 (9th Cir.1995); *see also Virk v. INS,* 295 F.3d 1055, 1059 (9th Cir.2002).

We remand to the Board for it properly to exercise its discretion in light of *"all* relevant factors," *Arrozal v. INS,* 159 F.3d 429, 433 (9th Cir.1998), "both favorable

and unfavorable," *id.* (internal quotation marks omitted).

**PETITION GRANTED.**

Judge TROTT dissents.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.